An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JANTONIO RAF MUINA,
Appellant,
vs.
RANCH HOUSE ESTATES OWNERS'
ASSOCIATION; ST. JOE CO.; 7516
JOCKEY AVE.; CITY OF LAS VEGAS;
JESSICA GIESENDORF; STEVEN
GRIERSON; FLOID MICHAEL
LISTERS; MATT MITCHELL; O.
POPOVICH; PETE RUMELLE; AND S
SLOVIS PLATE NUMBER 50426,
Respondents.

No. 63288

**FILED**

JUN 26 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On May 29, 2013, this matter was docketed without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the fee within 10 days would result in the dismissal of this matter. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Joanna Kishner, District Judge
Jantonio Raf Muina
Michael R. Mushkin & Associates, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-18744